**(Official Form 1) (04/07)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fortman, John W** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Fortman, Gina L** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **0159** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **5786** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**42W145 Retreat Court**<br>**St. Charles, IL**<br><div align="right">ZIPCODE **60175**</div> | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**42W145 Retreat Court**<br>**St. Charles, IL**<br><div align="right">ZIPCODE **60175**</div> |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address)<br><div align="right">ZIPCODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIPCODE</div> |

Location of Principal Assets of Business Debtor (if different from street address above):

<div align="right">ZIPCODE</div>

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☐ Chapter 11    Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13    Recognition of a Foreign<br>         Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors:** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>------------------------------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☐ $100,000 to $1 million | ☑ $1 million $100 million | ☐ More than $100 million |
|---|---|---|---|---|

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**VOLUNTARY PETITION**

**(Official Form 1)  (04/07)** <span style="float:right">**FORM B1**, Page 2</span>

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Fortman, John W & Fortman, Gina L** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)                Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☑  Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

    ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

    ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

    ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

<span style="writing-mode:vertical-rl">© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

**VOLUNTARY PETITION**

(Official Form 1)  (04/07)                                                                                                    **FORM B1, Page 3**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Fortman, John W & Fortman, Gina L** |
|---|---|

| **Signatures** ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John W Fortman**
Signature of Debtor                                          **John W Fortman**

X **/s/ Gina L Fortman**
Signature of Joint Debtor                                    **Gina L Fortman**

Telephone Number (If not represented by attorney)

**October  9, 2007**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

X _____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney**

X **/s/ C David Ward**
Signature of Attorney for Debtor(s)

**C David Ward 2938065**
Printed Name of Attorney for Debtor(s)

**C David Ward**
Firm Name

**1700 N. Farnsworth Ave.  Suite 11**
Address

**Aurora, IL  60505**

**(630) 585-3164**
Telephone Number

**October  9, 2007**
Date

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** ||
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

Official Form 1, Exhibit D (10/06)

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                      Case No. _____

**Fortman, John W**                                                      Chapter **7** _____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ John W Fortman** _____

Date: **October  9, 2007** _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 02114-iln-cc-002492889

## CERTIFICATE OF COUNSELING

I CERTIFY that on 09/09/07, at 10:39 o'clock PM EDT, JOHN W FORTMAN received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.  A debt repayment Plan was not prepared.  If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted    by Internet .

Date:  09-09-2007              By      /s/JODY KLEIN

                               Name    JODY KLEIN

                               Title   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 02114-iln-cc-002492904

# CERTIFICATE OF COUNSELING

I CERTIFY that on 09/09/07, at 10:39 o'clock PM EDT GINA FORTMAN received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted    by Internet .

Date: 09-09-2007                    By      /s/JODY KLEIN

                                    Name    JODY KLEIN

                                    Title   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                    Case No. _____

**Fortman, Gina L** _____     Chapter **7** _____
                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *__/s/ Gina L Fortman__* _____

Date: **October  9, 2007** _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 02114-ohs-cc-000091370

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>02-19-2006</u>, <u>GINA FORTMAN</u> received from <u>Consumer Credit Counseling Service of Greater Atlanta, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of Ohio</u>, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

Date: <u>02-19-2006</u>        By    <u>/s/KATHY COLCLASURE</u>

                                Name  <u>KATHY COLCLASURE</u>

                                  Title    <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B030927                        18

### UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

---

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

---

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

<div align="center">

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**

</div>

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

<div align="center">

**Certificate of the Debtor**

</div>

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Fortman, John W & Fortman, Gina L** | **X** */s/ John W Fortman*          **10/09/2007** |
| Printed Name(s) of Debtor(s) | Signature of Debtor                          Date |
| | |
| Case No. (if known) _____ | **X** */s/ Gina L Fortman*          **10/09/2007** |
| | Signature of Joint Debtor (if any)          Date |

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                          Case No. _____

**Fortman, John W & Fortman, Gina L** _____   Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,800.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,800.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **0.00**

2.  The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **By agreement with Debtors I will not represent them in adverary proceedings or other contested matters in bankruptcy without further agreed compensation.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

_____  **October  9, 2007**          **/s/ C David Ward** _____
                Date                                     Signature of Attorney

                                              **C David Ward**
                                              _____
                                              Name of Law Firm

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6 - Summary (10/06)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:

Fortman, John W & Fortman, Gina L

Debtor(s)

Case No. _____

Chapter **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 400,000.00 | | |
| B - Personal Property | Yes | 2 | $ 232,650.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 399,714.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 6,713.09 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | $ 6,086,264.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 6,398.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 6,288.00 |
| TOTAL | | 31 | $ 632,650.00 | $ 6,492,691.13 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

Official Form 6 - Statistical Summary (10/06)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Fortman, John W & Fortman, Gina L                                        Chapter **7** _____
_____
                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Fortman, John W & Fortman, Gina L** _____  Case No. _____
Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence located at 42W145 Retreat Court, St. Charles, Illinois** | | | **400,000.00** | **399,714.00** |
| | | **TOTAL** | **400,000.00** | |

(Report also on Summary of Schedules)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE A - REAL PROPERTY**

IN RE **Fortman, John W & Fortman, Gina L**                                          Case No. _____

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | J | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **National City Bank - checking account** | J | 1,500.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Miscellaneous household goods and furnishings, including but not limited to:  Living room set, dining room set, three bedroom suites, 2 T.V.'s, 1 computer** | J | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(3). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **IRA - self-directed** | J | 40,000.00 |
| | | **IRA with Prudential** | J | 184,000.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE **Fortman, John W & Fortman, Gina L**                    Case No. _____
_____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Mitsubishi 3000 GT - blown engine, needs rebuilding** | | **550.00** |
| | | **1995 Chevrolet Corvette - salvage title** | | **4,000.00** |
| | | **1997 Toyota 4Runner** | | **550.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | TOTAL | **232,650.00** |
|---|---|---|

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**Official Form 6C  (04/07)**

**IN RE Fortman, John W & Fortman, Gina L** _____  Case No. _____
  Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence located at 42W145 Retreat Court, St. Charles, Illinois** | **735 ILCS 5 §12-901** | **15,000.00** | **400,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **National City Bank - checking account** | **735 ILCS 5 §12-1001(b)** | **1,500.00** | **1,500.00** |
| **Miscellaneous household goods and furnishings, including but not limited to: Living room set, dining room set, three bedroom suites, 2 T.V.'s, 1 computer** | **735 ILCS 5 §12-1001(b)** | **2,000.00** | **2,000.00** |
| **IRA - self-directed** | **40 ILCS 5 §§22-230, 4-135, 6-213, 19-117** | **40,000.00** | **40,000.00** |
| **IRA with Prudential** | **40 ILCS 5 §§22-230, 4-135, 6-213, 19-117** | **184,000.00** | **184,000.00** |
| **1994 Mitsubishi 3000 GT  -  blown engine, needs rebuilding** | **735 ILCS 5 §12-1001(c)** | **550.00** | **550.00** |
| **1995 Chevrolet Corvette - salvage title** | **735 ILCS 5 §12-1001(c)**<br>**735 ILCS 5 §12-1001(b)** | **1,300.00**<br>**2,700.00** | **4,000.00** |
| **1997 Toyota 4Runner** | **735 ILCS 5 §12-1001(c)** | **550.00** | **550.00** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Official Form 6D (10/06)

IN RE **Fortman, John W & Fortman, Gina L**                    Case No. _____
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **74125070** <br><br> **Countrywide Home Loans** <br> **450 American Street** <br> **Simi Valley, CA  93065** | | | **10/2006 - second mortgage on residence located at 42W145 Retreat Court, St. Charles, Illinois** <br><br> VALUE $ **400,000.00** | | | | **79,501.00** | |
| ACCOUNT NO. **2000242013** <br><br> **Saxon Mortgage Service** <br> **4708 Mercantile Drive North** <br> **Fort Worth, TX  76137** | | | **10/2006 - Mortage on residence located at 42W145 Retreat Court, St. Charles, Illinois** <br><br> VALUE $ **400,000.00** | | | | **320,213.00** | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

**0** continuation sheets attached

Subtotal
(Total of this page)                    $ **399,714.00**   $

Total
(Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)                    $ **399,714.00**   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

Official Form 6E (04/07)

IN RE **Fortman, John W & Fortman, Gina L**                    Case No. _____
<div align="center">Debtor(s)</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_ continuation sheets attached

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6E (04/07) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**                                    Case No. _____
                              Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City Of Columbus Tax Division<br>50 W. Gay Street<br>Columbus, OH  43215** | | | **Withholding Taxes for Typographic Printing Co.** | | | | 0.00 | | |
| ACCOUNT NO.<br>**Ohio Department Of Taxation<br>C/O Collections Enforcement<br>150 E. Broad Street, 21st Floor<br>Columbus, OH  43215** | | | **Withholding Taxes for Typographic Printing Co.** | | | | 6,713.09 | 6,713.09 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **6,713.09** | $ **6,713.09** | $ |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **6,713.09** | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **6,713.09** | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Fortman, John W & Fortman, Gina L**                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**A-Korn Roller, Inc.** <br>**3545 S. Morgan Street** <br>**Chicago, IL  60609** | | | **Typographic Printing Co.** | | | | **1,140.20** |
| ACCOUNT NO. <br><br>**Addresser Based Systems** <br>**3325 Harrison Avenue** <br>**Cincinnati, OH  45211** | | | **Typographic Printing Co.** | | | X | **3,285.38** |
| ACCOUNT NO. <br><br>**AGFA Finance** <br>**200 Ballardvale Street** <br>**Wilmington, MA  01887** | X | | **Guaranty on Typographic Printing Company equipment lease** | | | | **193,095.00** |
| ACCOUNT NO. <br><br>**Air Center Ohio** <br>**P. O. Box 636** <br>**Grove City, OH  43123** | | | **Typographic Printing Co.** | | | | **463.46** |

<div align="right">

____**17**____ continuation sheets attached

Subtotal
(Total of this page)   $ **197,984.04**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ _____

</div>

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**                      Case No. _____
                                         Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3713-445688-21006** **American Express** **P. O. Box 297871** **Fort Lauderdale, FL  33329** | | | **11/2005 - credit card** | | | | **16,690.00** |
| ACCOUNT NO. **American Industrial Grinding** **P. O. Box 598** **Hilliard, OH  43026** | | | **Typographic Printing Co.** | | | | **70.00** |
| ACCOUNT NO. **American Wholesale Thermograph** **P. O. Box 07817** **2500 Creekway Drive** **Columbus, OH  43207** | | | **Typographic Printing Co.** | | | | **215.00** |
| ACCOUNT NO. **Aramark Uniform** **1900 Progress Avenue** **Columbus, OH  43207** | | | **Typographic Printing Co.** | | | | **3,495.60** |
| ACCOUNT NO. **Ashland Distribution Company** **Po. O. Box 371002** **Pittsburgh, PA  15250** | | | **Typographic Printing Co.** | | | | **3,699.35** |
| ACCOUNT NO. **AT&T** **Bill Payment Center** **Saginaw, MI  48663** | | | **Utility bill for Typographic Printing Co.** | | | | **84.91** |
| ACCOUNT NO. **Avaya, Inc.** **P. O. Box 5125** **Chicago, IL  60197** | | | **Typographic Printing Co.** | | | | **363.00** |

Sheet no. ___**1**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **24,617.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**       Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5490-9907-6129-5755**<br>**Bank Of America**<br>**4060 Ogletown**<br>**Newark, DE  19713** | | | **04/1995 - credit card** | | | | 21,885.00 |
| ACCOUNT NO. **4264-2816-2772-4072**<br>**Bank Of America**<br>**P. O. Box 37921**<br>**Baltimore, MD  21297** | | J | **2005 - credit card** | | | | 2,600.00 |
| ACCOUNT NO.<br>**Bank One**<br>**Office Of General Counsel**<br>**1111 Polaris Parkway CH1-0152**<br>**Columbus, OH  43240** | | | **Bank One credit card/loan related to Typographic Printing Co.** | | | | 8,547.00 |
| ACCOUNT NO.<br>**BDI**<br>**P. O. Box 74069**<br>**Cleveland, OH  44194** | | | **Typographic Printing Co.** | | | | 104.12 |
| ACCOUNT NO.<br>**Benchmark**<br>**9600 Industrial Parkway**<br>**Plain City, OH  43064** | | | **Landscaptin for Typographic Printing Company** | | | | 285.66 |
| ACCOUNT NO.<br>**Bookcolor Bindery**<br>**2070 Integrity Drive North**<br>**Columbus, OH  43209** | | | **Typographic Printing Co.** | | | X | 4,114.22 |
| ACCOUNT NO.<br>**BP**<br>**P. O. Box 9076**<br>**Des Moines, IA  50368** | | | **Typographic Printing Co.** | | | | 3,000.00 |

Sheet no. ____**2**____ of ____**17**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **40,536.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**                    Case No. _____
                                      Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Braden Sutphin Ink Co.** P. O. Box 72074 Cleveland, OH 44192 | | | Typographic Printing Co. | | | | 6,316.66 |
| ACCOUNT NO. **Buckeye Printing & Mailing** 217 North Grant Avneue Columbus, OH 43215 | | | Typographic Printing Co. | | | | 1,626.42 |
| ACCOUNT NO. **C I T** P. O. Box 2748 1540 West Fountainhead Parkway Tempe, AZ 85282 | | | Typographic Printing Co. - Lease | | | | 0.00 |
| ACCOUNT NO. **Capital One Bank** C/O Javitch Block And Rathbone 1100 Superior Avenue, 18th Floor Cleveland, OH 43226 | | | Deficiency on auto lease | | | | 5,375.78 |
| ACCOUNT NO. **Cardinal Imaging, Inc.** P. O. Box 26356 Columbus, OH 43226 | | | Typographic Printing Co. | | | | 652.60 |
| ACCOUNT NO. **Central Ohio Graphics** 1020 West Fifth Avenue Columbus, OH 43212 | | | Typographic Printing Co. | | | | 3,538.15 |
| ACCOUNT NO. **Champion Graphics** 3901 Virginia Avenue Cincinnati, OH 45227 | | | Typographic Printing Co. | | | | 5,572.93 |

Sheet no. ___**3**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **23,082.54**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**                    Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9736**<br>**Chase**<br>**P. O. Box 15153**<br>**Wilmington, DE 19886** | | | **Credit Card Purchases** | | | | 0.00 |
| ACCOUNT NO. **3558**<br>**Chase**<br>**P. O. Box 15153**<br>**Wilmington, DE 19886** | | | **Credit Card Purchases** | | | | 0.00 |
| ACCOUNT NO. **9736**<br>**Chase Bank USA**<br>**C/O National Action Financial Services**<br>**165 Lawrence Bell Drive, Suite 100**<br>**Williamsville, NY 14231** | | | **Credit Card Purchases** | | | | 17,315.05 |
| ACCOUNT NO.<br>**CIT Group/Financing**<br>**P. O. Box 27248**<br>**Tempe, AZ 85285** | X | | **Guaranty on Typographic Printing Co. - equipment lease** | | | | 56,035.00 |
| ACCOUNT NO.<br>**CIT Technology**<br>**P. O. Box 27248**<br>**Tempe, AZ 85285** | X | | **Guaranty on Typographic Printing Co. - equipment lease** | | | | 53,220.00 |
| ACCOUNT NO.<br>**Columbia Gas**<br>**P. O. Box 9001847**<br>**Louisville, KY 40290** | | | **Typographic Printing Co.** | | | | 1,100.07 |
| ACCOUNT NO.<br>**Compensation Consultants, Inc.**<br>**2751 Tuller Parkway Drive**<br>**P. O. Box 8101**<br>**Dublin, OH 43017** | | | **Typographic Printing Co.** | | | | 850.00 |

Sheet no. ____**4**____ of ____**17**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        $ **128,520.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $ _____

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**                    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Core Product Solutions**<br>**P. O. Box 218**<br>**Lewis Center, OH 43035** | | | **Typographic Printing Co.** | | | | 4,561.09 |
| ACCOUNT NO.<br>**Courtney Services**<br>**2715 Tuller Parkway Drive**<br>**Dublin, OH 43017** | | | **Typographic Printing Co.** | | | | 2,847.48 |
| ACCOUNT NO.<br>**Coyne Printing Inc.**<br>**1301 Newark Road**<br>**Mt. Vernon, OH 43050** | | | **Typographic Printing Co.** | | | | 174.40 |
| ACCOUNT NO.<br>**Custom Art Companies, Inc.**<br>**321 East Union Street**<br>**Circleville, OH 43113** | | | **Typographic Printing Co.** | | | | 2,165.00 |
| ACCOUNT NO. **V014032627**<br>**Delnor Community Hospital**<br>**P. O. Box 739**<br>**Moline, IL 61266** | | J | **9/13/07 - medical services** | | | | 4,026.30 |
| ACCOUNT NO. **6011-0059-9752-5327**<br>**Discover**<br>**P. O. Box 30395**<br>**Salt Lake City, UT 84130** | | J | **2005 - credit card** | | | | 12,472.67 |
| ACCOUNT NO.<br>**Dynamex, Inc.**<br>**P. O. Box 99816**<br>**Pittsburgh, PA 15233** | | | **Typographic Printing Co.** | | | | 163.46 |

Sheet no. ___**5**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **26,410.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Elan Visa**<br>**P. O. Box 6354**<br>**Fargo, ND  58125** | | | **Credit Card Purchases** | | | | **18,000.00** |
| ACCOUNT NO.<br>**Electrical  Industrial Repair**<br>**286 Pine Hill Lane**<br>**Avonmore, PA  15618** | | | **Typographic Printing Co.** | | | | **3,967.00** |
| ACCOUNT NO.<br>**Electronic  Service Professionals**<br>**P. O. Box 243**<br>**Grove City, OH  43123** | | | **Typographic Printing Co.** | | | | **502.50** |
| ACCOUNT NO.<br>**FCB Enterprises**<br>**P. O. Box 172**<br>**Hilliard, OH  43026** | | | **Typographic Printing Co.** | | | | **2,355.83** |
| ACCOUNT NO.<br>**Fedex**<br>**P. O. Box 371461**<br>**Pittsburgh, PA  15250** | | | **Typographic Printing Co.** | | | | **1,759.49** |
| ACCOUNT NO.<br>**Fedex Kinkos**<br>**P. O. Box 8033**<br>**Ventura, CA  93002** | | | **Typographic Printing Co.** | | | | **50.00** |
| ACCOUNT NO.<br>**Fifth Third Bank**<br>**C/O Kemp Schaeffer Rowe & Lardier**<br>**88 West Mound**<br>**Columbus, OH  43215** | X | | **Business Loan to Typographic Printing Co. - guaranteed by Debtor** | | | | **419,468.00** |

Sheet no. ____**6**____ of ____**17**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **446,102.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**                                      Case No. _____
                                                Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First Mercantile Trust Company**<br>57 Germantown Court, 1st Floor<br>Cordova, TN 38018 | | | Typographic Printing Co. | | | | 704.17 |
| ACCOUNT NO.<br>**Ford Motor Credit**<br>P. Lo. Box 17948<br>Greenville, SC 29606 | | | Typographic Printing Co. - vehicle lease | | | | 0.00 |
| ACCOUNT NO.<br>**Franklin County Treasurer**<br>373 S. High Street<br>Columbus, OH 43215 | | | Typographic Printing Co. | | | | 10,593.51 |
| ACCOUNT NO. **18646**<br>**Gastrointestinal Health Associates**<br>302 Randall Road, #308<br>Geneva, IL 60134 | | J | 8/13/07 - medical services | | | | 379.00 |
| ACCOUNT NO.<br>**Gordon Flesch Co., Inc.**<br>P. O. Box 73288<br>Cleveland, OH 44193 | | | Typographic Printing Co. | | | | 260.25 |
| ACCOUNT NO.<br>**GPA, P.P.**<br>4851 Payshere Circle<br>Chicago, IL 60674 | | | Typographic Printing Co. | | | | 5,987.10 |
| ACCOUNT NO.<br>**Grandon Mfg.**<br>530 Dow Avenue<br>Columbus, OH 43211 | | | Typographic Printing Co. | | | | 3,540.00 |

Sheet no. **7** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **21,464.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**                    Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Graphco**<br>**6563 Cochran Road**<br>**Solon, OH  44139** | | | **Typographic Printing Co.** | | | | 130.64 |
| ACCOUNT NO. **47-B**<br>**Graphic Comm. Int.**<br>**C/O Michael P. Mahoney**<br>**10 W. Broad Street, 21st Floor**<br>**Columbus, OH  43215** | | | **Typographic Printing Co. - union dues** | | | | 0.00 |
| ACCOUNT NO. **62-C**<br>**Graphic Comm. Int.**<br>**C/O Michael P. Mahoney**<br>**10 W. Broad Street, 21st Floor**<br>**Columbus, OH  43215** | | | **Typographic Printing Co. - union dues** | | | | 0.00 |
| ACCOUNT NO.<br>**Greatland Corporation**<br>**P. O. Box 1157**<br>**Grand Rapids, MI  48501** | | | **Typographic Printing Co.** | | | | 167.10 |
| ACCOUNT NO.<br>**Heidelberg Usa, Inc.**<br>**P. O. Box 845180**<br>**Dallas, TX  75284** | | | **Typographic Printing Co.** | | | | 4,228.92 |
| ACCOUNT NO. **6035320099489997**<br>**Home Depot Credit Services**<br>**P. O. Box 689100**<br>**Des Moines, IA  50368** | | J | **2006 - credit card** | | | | 338.00 |
| ACCOUNT NO.<br>**Huntington National Bank**<br>**C/O Means Blchimer Burkholder Bak**<br>**2006 Kenny Road**<br>**Columbus, OH  43221** | X | | **Buseinss Loan to Typographic Printing Co. guaranteed by debtor** | | | | 1,051,123.60 |

Sheet no. **8** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **1,055,988.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**                    Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Huntington National Bank** <br> **P. O. Box 2059** <br> **Columbus, OH 43216** | | | Vehicle/Truck Lease - Deficiency on Car Lease | | | | 0.00 |
| ACCOUNT NO. <br> **Huntington National Bank** <br> **C/O Dennis J. Morrison** <br> **2006 Kenny Road** <br> **Columbus, OH 43221** | X | | Business Loan to Typographic Printing Co. - guaranteed by debtor | | | | 1,233,750.74 |
| ACCOUNT NO. <br> **Jet Container** <br> **2050 South High Street** <br> **Columbus, OH 43207** | | | Typographic Printing Co. | | | | 1,378.80 |
| ACCOUNT NO. <br> **Kennedy Ink** <br> **5230 Wooster Road** <br> **Cincinnati, OH 45226** | | | Typographic Printing Co. | | | | 3,550.37 |
| ACCOUNT NO. <br> **Kessler & Ballenger** <br> **7650 Rivers Edge Drive** <br> **Columbus, OH 43235** | | | Income Tax Work | | | | 1,340.00 |
| ACCOUNT NO. <br> **Kessler & Ballenger** <br> **7650 Rivers Edge Drive** <br> **Columbus, OH 43235** | | | Income Tax Work | | | | 5,474.50 |
| ACCOUNT NO. <br> **Key Equipment Finance** <br> **66 South Pearl Street** <br> **Albany, NY 12207** | X | | Guaranty on Typographic Printing Co. equipment lease | | | | 14,797.00 |

Sheet no. ___**9**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,260,291.41**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE Fortman, John W & Fortman, Gina L                        Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Key Equipment Finance** <br> **66 South Pearl Street** <br> **Albany, NY  12207** | X | | **Guaranty on Typographic Printing Co. equipment lease** | | | | 37,351.00 |
| ACCOUNT NO. <br> **Kinko's** <br> **P. O. Box 672085** <br> **Dallas, TX  75267** | | | **Typographic Printing Co.** | | | | 195.84 |
| ACCOUNT NO. <br> **Laser Saver** <br> **1515-A Delashmut** <br> **Columbus, OH  43212** | | | **Typographic Printing Co.** | | | | 1,505.00 |
| ACCOUNT NO. <br> **Legworks** <br> **2126 New World Drive** <br> **Columbus, OH  43207** | | | **Typographic Printing Co.** | | | | 4,568.00 |
| ACCOUNT NO. <br> **Loupe TPC** <br> **C/O William Todd Drown** <br> **112 North Main Street** <br> **Mt. Vernon, OH  43050** | | | **Dewbt due Loupe TPC related to Typographic Printing Co.** | | | | 84,604.99 |
| ACCOUNT NO. <br> **Lyon Financial Services, Inc.** <br> **C/O Jennifer J. Jacqueman** <br> **23 S. Main Street, Suite 301** <br> **Akron, OH  44308** | X | | **Typographic Printing Co.** | | | | 9,999.66 |
| ACCOUNT NO. <br> **Martin Carpet Cleaning Co.** <br> **795 South Wall Street** <br> **Columbus, OH  43206** | | | **Typographic Printing Co.** | | | | 303.22 |

Sheet no. __10__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  138,527.71

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Mean Green Hand Srup** <br> P. O. Box 4150 <br> Dallas, TX  75208 | | | Typographic Printing Co. | | | | 113.08 |
| ACCOUNT NO. <br> **Millcraft Paper** <br> 7461 Worthington Galena Road <br> Columbus, OH  43085 | | | Typographic Printing Co. | | | | 5,784.36 |
| ACCOUNT NO. <br> **Murphy Company** <br> 455 W. Broad Street <br> Columbus, OH  43215 | | | Typographic Printing Co. | | | | 1,984.74 |
| ACCOUNT NO. <br> **Nextel Communication** <br> P. O. Box 4191 <br> Carol Stream, IL  60197 | | | Typographic Printing Co. | | | | 2.35 |
| ACCOUNT NO. <br> **Nicoat** <br> P. O. Box 128 <br> Glenview, IL  60025 | | | Typographic Printing Co. | | | | 261.60 |
| ACCOUNT NO. <br> **Nissi Fulfillment & Distribution** <br> 400 Gantz Road, Suite D <br> Grover City, OH  43123 | | | Typographic Printing Co. | | | | 1,068.00 |
| ACCOUNT NO. <br> **North End Press** <br> 235 South Columbus Street <br> Lancaster, OH  43130 | | | Typographic Printing Co. | | | | 1,318.84 |

Sheet no. **11** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,532.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Fortman, John W & Fortman, Gina L
                Debtor(s)                    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ohio Bureau Of Workers' Comp.**<br>**Law Section Bankruptcy Unit**<br>**P. O. Box 15567**<br>**Columbus, OH  43215** | | | Related to Typographic Printing Co. | | | | 0.00 |
| ACCOUNT NO.<br>**Ohio Laminating**<br>**4364 Reynolds Drive**<br>**Hilliard, OH  43026** | | | Typographic Printing Co. | | | | 614.76 |
| ACCOUNT NO.<br>**Overnite Transportation Co.**<br>**P. O. Box 79755**<br>**Baltimore, MD  21279** | | | Typographic Printing Co. | | | | 434.47 |
| ACCOUNT NO.<br>**Packaging & Handling**<br>**P. O. Box 28227**<br>**Columbus, OH  43228** | | | Typographic Printing Co. | | | | 609.36 |
| ACCOUNT NO. **M391600**<br>**Pathology Consultants**<br>**P. O. Box 1048**<br>**Dept. 1000**<br>**St. Charles, IL  60174** | | J | 8/2007 - medical services | | | | 98.30 |
| ACCOUNT NO.<br>**Penske Truck Leasing**<br>**P. O. Box 827380**<br>**Philadelphia, PA  19182** | | | Typographic Printing Co. | | | | 3,698.98 |
| ACCOUNT NO.<br>**Printer's Parts Store, Inc.**<br>**4719 Cleveland Avenue**<br>**Suite A**<br>**Columbus, OH  43231** | | | Typographic Printing Co. | | | | 29.67 |

Sheet no. **12** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,485.54**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Printer's Service - NJ**<br>**P. O. Box 5070**<br>**Ironbound Station**<br>**Newark, NJ 07105** | | | **Typographic Printing Co.** | | | | 2,457.24 |
| ACCOUNT NO.<br>**Prior Owners** | X | | **Seller financing provided for sale of Typographic Printing Co.** | | | | 225,000.00 |
| ACCOUNT NO.<br>**Revenco Press Corporation**<br>**6 Lincoln Highway West**<br>**Jeannette, PA 15644** | | | **Typographic Printing Co.** | | | | 641.14 |
| ACCOUNT NO.<br>**RIS Paper**<br>**635 West 7th Street**<br>**Suite 101**<br>**Cincinnati, OH 45203** | | | **Typographic Printing Co.** | | | | 19,388.91 |
| ACCOUNT NO.<br>**Shreiner Company**<br>**One Taylor Drive**<br>**P. O. Box 437**<br>**Killbuck, OH 44637** | | | **Typographic Printing Co.** | | | | 100.00 |
| ACCOUNT NO.<br>**Snyder's Flowers**<br>**10540 Lithopolis Road**<br>**Canal Winchester, OH 43110** | | | **Typographic Printing Co.** | | | | 88.60 |
| ACCOUNT NO.<br>**Staples**<br>**Dept. 82-0007030976**<br>**P. O. Box 9020**<br>**Des Moines, IA 50368** | | | **Typographic Printing Co.** | | | | 1,684.56 |

Sheet no. **13** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 249,360.45

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**                    Case No. _____
                                                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Star Packaging, Inc.**<br>**4791 Roberts Road**<br>**Columbus, OH  43228** | | | **Typographic Printing Co.** | | | | 1,344.53 |
| ACCOUNT NO.<br>**Sterling Paper Company**<br>**P. O. Box 951877**<br>**Cincinnati, OH  44193** | | | **Typographic Printing Co.** | | | | 690.82 |
| ACCOUNT NO.<br>**Suburban Propane**<br>**4371 Braodway**<br>**P. O. Box 369**<br>**Grover City, OH  43123** | | | **Typographic Printing Co.** | | | | 0.78 |
| ACCOUNT NO.<br>**Team Lubrication**<br>**P. O. Box 13189**<br>**Columbus, OH  43213** | | | **Typographic Printing Co.** | | | | 226.33 |
| ACCOUNT NO.<br>**Terminix Processing Center**<br>**2120 Citygate Drive**<br>**Columbus, OH  43219** | | | **Typographic Printing Co.** | | | | 149.44 |
| ACCOUNT NO.<br>**Time Warner Cable**<br>**P. O. Box 741803**<br>**Cincinnati, OH  45274** | | | **Typographic Printing Co.** | | | | 141.90 |
| ACCOUNT NO.<br>**Unisource**<br>**7472 Collection Center Drive**<br>**Chicago, IL  60693** | | | **Typographic Printing Co.** | | | | 180,982.37 |

Sheet no. ___**14**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **183,536.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Fortman, John W & Fortman, Gina L** _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Unisource Worldwide, Inc.**<br>**C/O Joseph F. Murphy**<br>**1533 Lake Shore Drive**<br>**Columbus, OH 43204** | | | **Typographic Printing Co.** | | | | **0.00** |
| ACCOUNT NO.<br>**Unisource Worldwide, Inc.**<br>**C/O Michael H. Triason**<br>**150 West Jefferson, Suite 2500**<br>**Detroit, MI 48225** | | | **Typographic Printing Co.** | | | | **0.00** |
| ACCOUNT NO.<br>**United Ultra Violet, Inc.**<br>**6159 Enterprise Parkway**<br>**Grove City, OH 43123** | | | **Typographic Printing Co.** | | | | **15,583.48** |
| ACCOUNT NO.<br>**University Publications**<br>**8190-A Beechmont Avenue**<br>**Dept. 118**<br>**Cincinnati, OH 45255** | | | **Typographic Printing Co.** | | | | **495.00** |
| ACCOUNT NO.<br>**Unizan**<br>**C/O Dennis J. Morrison**<br>**2006 Kenny Road**<br>**Columbus, OH 43221** | X | | **Business loan made to Typographic Printing Co. - guaranteed** | | | | **100,000.00** |
| ACCOUNT NO.<br>**Unizan**<br>**C/O Dennis J. Morrison**<br>**2006 Kenny Road**<br>**Columbus, OH 43221** | X | | **Business loan made to Typographic Printing Co. guaranteed** | | | | **1,230,000.00** |
| ACCOUNT NO.<br>**Update Ltd.**<br>**134 Peavey Circle**<br>**Chaska, MN 55318** | | | **Typographic Printing Co.** | | | | **0.00** |

Sheet no. **15** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,346,078.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Fortman, John W & Fortman, Gina L
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**US Bancorp**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** | X | | **Business loan made to Typographic Printing Co. guaranteed** | | | | 13,849.00 |
| ACCOUNT NO.<br>**US Bank**<br>**C/O Client Services, Inc.**<br>**3451 Harry S. Truman Blvd.**<br>**St. Charles, MO 63301** | | | **Business loan made to Typographic Printing Co. guaranteed** | | | | 23,229.44 |
| ACCOUNT NO.<br>**Valley Grinding**<br>**1717 Hamilton Court**<br>**P. O. Box 246**<br>**Little Chute, WI 54140** | | | **Typographic Printing Co.** | | | | 223.65 |
| ACCOUNT NO.<br>**Value City Furniture**<br>**WFNNB Bankruptcy Department**<br>**P. O. Box 182125**<br>**Columbus, OH 43218** | | J | **2005 - credit card** | | | | 1,817.05 |
| ACCOUNT NO.<br>**Vorys Sater Seymour And Pease**<br>**P. O. Box 73487**<br>**Cleveland, OH 44193** | | | **Typographic Printing Co. - attorney fees** | | | | 175.00 |
| ACCOUNT NO.<br>**Wasco**<br>**2876 Banwick Road**<br>**Columbus, OH 43232** | | | **Typographic Printing Co.** | | | | 74.94 |
| ACCOUNT NO.<br>**Western State Env. Co.**<br>**P. O. Box 88984**<br>**Milwaukee, WI 53288** | | | **Typographic Printing Co.** | | | | 4,716.22 |

Sheet no. **16** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **44,085.30**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **Fortman, John W & Fortman, Gina L**
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **William Immel** <br> **68 Amazon Place** <br> **Columbus, OH  43214** | | | **Typographic Printing Co.** | | | | 6,255.00 |
| ACCOUNT NO. <br> **William L. Stickney** <br> **D/B/A Labor Relations Consulting** <br> **7179 Hollandia Drive** <br> **Westerville, OH  43081** | | | **Consulting Services Provided to Typographic Printing Co.** | | | | 1,687.50 |
| ACCOUNT NO. <br> **XPEDX** <br> **P. O. Box 371083** <br> **Pittsburgh, PA  15250** | | | **Typographic Printing Co.** | | | | 69,024.26 |
| ACCOUNT NO. <br> **XPEDX** <br> **P. O. Box 371083** <br> **Pittsburgh, PA  15250** | | | **Typographic Printing Co.** | | | | 67,670.42 |
| ACCOUNT NO. <br> **Yaeger Graphics** <br> **935 W. Third Avenue** <br> **Columbus, OH  43212** | | | **Typographic Printing Co.** | | | | 10,321.00 |
| ACCOUNT NO. <br> **Zions First National Bank** <br> **C/O Jonathan A. Mason** <br> **5181 Natorp Blvd., Suite 202** <br> **Cincinnati, OH  45249** | X | | **Business loan made to Typographic Printing Co. guaranteed** | | | | 728,701.76 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**17**__ of __**17**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **883,659.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **6,086,264.04**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Fortman, John W & Fortman, Gina L** _____ Case No. _____
<p style="text-align:center">Debtor(s)</p>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If  a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

IN RE **Fortman, John W & Fortman, Gina L**                                    Case No. _____
                    Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **B. Kevin Hardy**<br>**6036 Blue Church Road**<br>**Sunbury, OH  43074** | **CIT Group/Financing**<br>**P. O. Box 27248**<br>**Tempe, AZ  85285** |
| | **CIT Technology**<br>**P. O. Box 27248**<br>**Tempe, AZ  85285** |
| | **Key Equipment Finance**<br>**66 South Pearl Street**<br>**Albany, NY  12207** |
| | **Key Equipment Finance**<br>**66 South Pearl Street**<br>**Albany, NY  12207** |
| | **Prior Owners** |
| | **Unizan**<br>**C/O Dennis J. Morrison**<br>**2006 Kenny Road**<br>**Columbus, OH  43221** |
| | **Unizan**<br>**C/O Dennis J. Morrison**<br>**2006 Kenny Road**<br>**Columbus, OH  43221** |
| | **US Bancorp**<br>**1450 Channel Parkway**<br>**Marshall, MN  56258** |
| **Gary Willett**<br>**8297 Rookery Way**<br>**Westerville, OH  43082** | **AGFA Finance**<br>**200 Ballardwale Street**<br>**Wilmington, MA  01887** |
| | **CIT Group/Financing**<br>**P. O. Box 27248**<br>**Tempe, AZ  85285** |
| | **CIT Technology**<br>**P. O. Box 27248**<br>**Tempe, AZ  85285** |
| | **Fifth Third Bank**<br>**C/O Kemp Schaeffer Rowe & Lardier**<br>**88 West Mound**<br>**Columbus, OH  43215** |
| | **Huntington National Bank**<br>**C/O Means Blchimer Burkholder Bak** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Fortman, John W & Fortman, Gina L** _____ Case No. _____
Debtor(s)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **2006 Kenny Road** **Columbus, OH 43221** **Key Equipment Finance** **66 South Pearl Street** **Albany, NY 12207** **Key Equipment Finance** **66 South Pearl Street** **Albany, NY 12207** **Prior Owners** **Unizan** **C/O Dennis J. Morrison** **2006 Kenny Road** **Columbus, OH 43221** **Unizan** **C/O Dennis J. Morrison** **2006 Kenny Road** **Columbus, OH 43221** **US Bancorp** **1450 Channel Parkway** **Marshall, MN 56258** **Zions First National Bank** **C/O Jonathan A. Mason** **5181 Natorp Blvd., Suite 202** **Cincinnati, OH 45249** |
| **Gina Fortman** **8571 Oak Creek Drive** **Lewis Center, OH 43035** **Typographic Printing Company** **(Dissolved)** | **Huntington National Bank** **C/O Means Blchimer Burkholder Bak** **2006 Kenny Road** **Columbus, OH 43221** **Fifth Third Bank** **C/O Kemp Schaeffer Rowe & Lardier** **88 West Mound** **Columbus, OH 43215** **Huntington National Bank** **C/O Means Blchimer Burkholder Bak** **2006 Kenny Road** **Columbus, OH 43221** **Huntington National Bank** **C/O Dennis J. Morrison** **2006 Kenny Road** **Columbus, OH 43221** **Lyon Financial Services, Inc.** **C/O Jennifer J. Jacqueman** **23 S. Main Street, Suite 301** **Akron, OH 44308** **Zions First National Bank** **C/O Jonathan A. Mason** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Fortman, John W & Fortman, Gina L** _____   Case No. _____
Debtor(s)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Vicki Willett**<br>**8297 Rookery Way**<br>**Westerville, OH  43082** | **5181 Natorp Blvd., Suite 202**<br>**Cincinnati, OH  45249**<br><br>**Huntington National Bank**<br>**C/O Means Blchimer Burkholder Bak**<br>**2006 Kenny Road**<br>**Columbus, OH  43221**<br><br>**Huntington National Bank**<br>**C/O Dennis J. Morrison**<br>**2006 Kenny Road**<br>**Columbus, OH  43221** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

Official Form 6I (10/06)

IN RE **Fortman, John W & Fortman, Gina L**    Case No. _____
　　　　　　　　　Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| **Married** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | | |
| Name of Employer | **Power Packaging** | |
| How long employed | | |
| Address of Employer | **425 South 37th Avenue** **St. Charles, IL  60174** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
| --- | --- | --- |
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 10,447.00 | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ 10,447.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 3,865.00 | $ _____ |
| b. Insurance | $ 154.00 | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify)   Dental Insurance | $ 19.00 | $ _____ |
| 　　　　　　　　　　Term Life Insurance | $ 11.00 | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 4,049.00 | $ 0.00 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 6,398.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 6,398.00 | $ 0.00 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)　　$ 6,398.00

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6J (10/06)

IN RE **Fortman, John W & Fortman, Gina L**                    Case No. _____
                           Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 3,500.00 |
|    a. Are real estate taxes included?   Yes ____  No ✓ | |
|    b. Is property insurance included?   Yes ____  No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 230.00 |
|    b. Water and sewer | $ 130.00 |
|    c. Telephone | $ 85.00 |
|    d. Other  **Cable & Internet** | $ 75.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 350.00 |
| 4. Food | $ 650.00 |
| 5. Clothing | $ 200.00 |
| 6. Laundry and dry cleaning | $ 80.00 |
| 7. Medical and dental expenses | $ 150.00 |
| 8. Transportation (not including car payments) | $ 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ 10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ 53.00 |
|    c. Health | $ |
|    d. Auto | $ 200.00 |
|    e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **Pet Expenses** | $ 75.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)          | $ 6,288.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 6,398.00 |
|    b. Average monthly expenses from Line 18 above | $ 6,288.00 |
|    c. Monthly net income (a. minus b.) | $ 110.00 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Fortman, John W & Fortman, Gina L**                                    Case No. _____

<p style="text-align:center">Debtor(s)</p>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **33** sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October  9, 2007** _____    Signature: ***/s/ John W Fortman***_____

                                                                **John W Fortman**                                    Debtor

Date: **October  9, 2007** _____    Signature: ***/s/ Gina L Fortman***_____

                                                                **Gina L Fortman**                            (Joint Debtor, if any)

                                                                                [If joint case, both spouses must sign.]

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                    _____
                                                    (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

DECLARATION CONCERNING DEBTOR'S SCHEDULES

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Official Form 7  (04/07)**

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

**Fortman, John W & Fortman, Gina L**                     Chapter **7** _____

<div align="center">Debtor(s)</div>

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<div align="center"><em>DEFINITIONS</em></div>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 86,237.81 | 2003 - Typographic Printing Co. & Pension Distibution (H) |
| 21,741.00 | 2003 - Robetoy Investments & Typographic Printing (W) |
| 103,913.00 | 2004 - Typographic Printing Co. |
| 21,400.00 | 2006 - Robetoy Investments (W) |
| 73,757.40 | 2005 -  Typographic Printing & Amerigraph (H) |
| 25,855.00 | 2005 - Robetoy Investments (W) |
| 102,044.00 | 2006 - Typographic Printing (H) |

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

|  | DATE OF PAYMENT, NAME OF | AMOUNT OF MONEY OR DESCRIPTION |
|---|---|---|
| NAME AND ADDRESS OF PAYEE | PAYOR IF OTHER THAN DEBTOR | AND VALUE OF PROPERTY |
| **Consumer Credit Counseling** | | |
| **100 Edgewood Avenue, Suite 1800** | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

Atlanta, GA 30303

| C. David Ward | 5-30-07 | 1,800.00 |
|---|---|---|

1700 North Farnsworth Ave., Suite 11
Aurora, IL 60505

**Debtors have previously paid $1,000 toward legl fees for pre-petition counseling**

---

## 10. Other transfers

None ☑    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

## 11. Closed financial accounts

None ☑    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 12. Safe deposit boxes

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 13. Setoffs

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 14. Property held for another person

None ☑    List all property owned by another person that the debtor holds or controls.

---

## 15. Prior address of debtor

None ☑    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

## 16. Spouses and Former Spouses

None ☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

None
☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None
☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None
☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None
☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None
☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None
☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **October  9, 2007**          Signature   */s/ John W Fortman*
                                     of Debtor                                      **John W Fortman**

Date: **October  9, 2007**          Signature   */s/ Gina L Fortman*
                                     of Joint Debtor                                **Gina L Fortman**
                                     (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**

Fortman, John W & Fortman, Gina L

Debtor(s)

Case No. _____

Chapter **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residence located at 42W145 Retreat Cou** | **Saxon Mortgage Service** | | | | ✓ |

| Description of Leased Property | Lessor's Name | | | | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| **10/09/2007** | **/s/ John W Fortman** | **/s/ Gina L Fortman** |
| Date | **John W Fortman**          Debtor | **Gina L Fortman**          Joint Debtor (if applicable) |

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Fortman, John W & Fortman, Gina L                          Chapter **7** _____

                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **129**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **October 9, 2007** _____        **/s/ John W Fortman** _____
                                         Debtor


                                         **/s/ Gina L Fortman** _____
                                         Joint Debtor

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

Fortman, John W
42W145 Retreat Court
St. Charles, IL  60175

Aramark Uniform
1900 Progress Avenue
Columbus, OH  43207

Bookcolor Bindery
2070 Integrity Drive North
Columbus, OH  43209

Fortman, Gina L
42W145 Retreat Court
St. Charles, IL  60175

Ashland Distribution Company
Po. O. Box 371002
Pittsburgh, PA  15250

BP
P. O. Box 9076
Des Moines, IA  50368

C David Ward
1700 N. Farnsworth Ave.  Suite 11
Aurora, IL  60505

AT&T
Bill Payment Center
Saginaw, MI  48663

Braden Sutphin Ink Co.
P. O. Box 72074
Cleveland, OH  44192

A-Korn Roller, Inc.
3545 S. Morgan Street
Chicago, IL  60609

Avaya, Inc.
P. O. Box 5125
Chicago, IL  60197

Buckeye Printing & Mailing
217 North Grant Avneue
Columbus, OH  43215

Addresser Based Systems
3325 Harrison Avenue
Cincinnati, OH  45211

B. Kevin Hardy
6036 Blue Church Road
Sunbury, OH  43074

C I T
P. O. Box 2748
1540 West Fountainhead Parkway
Tempe, AZ  85282

AGFA Finance
200 Ballardwale Street
Wilmington, MA  01887

Bank Of America
4060 Ogletown
Newark, DE  19713

Capital One
United Recovery Systems
5800 North Course Drive
Houston, TX  77072

Air Center Ohio
P. O. Box 636
Grove City, OH  43123

Bank Of America
P. O. Box 37921
Baltimore, MD  21297

Capital One Bank
C/O Javitch Block And Rathbone
1100 Superior Avenue, 18th Floor
Cleveland, OH  43226

American Express
P. O. Box 297871
Fort Lauderdale, FL  33329

Bank One
Office Of General Counsel
1111 Polaris Parkway CH1-0152
Columbus, OH  43240

Cardinal Imaging, Inc.
P. O. Box 26356
Columbus, OH  43226

American Industrial Grinding
P. O. Box 598
Hilliard, OH  43026

BDI
P. O. Box 74069
Cleveland, OH  44194

Central Ohio Graphics
1020 West Fifth Avenue
Columbus, OH  43212

American Wholesale Thermograph
P. O. Box 07817
2500 Creekway Drive
Columbus, OH  43207

Benchmark
9600 Industrial Parkway
Plain City, OH  43064

Champion Graphics
3901 Virginia Avenue
Cincinnati, OH  45227

Chase
P. O. Box 15153
Wilmington, DE 19886

Coyne Printing Inc.
1301 Newark Road
Mt. Vernon, OH 43050

Fedex Kinkos
P. O. Box 8033
Ventura, CA 93002

Chase Bank USA
C/O National Action Financial Services
165 Lawrence Bell Drive, Suite 100
Williamsville, NY 14231

Custom Art Companies, Inc.
321 East Union Street
Circleville, OH 43113

Fifth Third Bank
C/O Kemp Schaeffer Rowe & Lardier
88 West Mound
Columbus, OH 43215

CIT Group/Financing
P. O. Box 27248
Tempe, AZ 85285

Delnor Community Hospital
P. O. Box 739
Moline, IL 61266

First Mercantile Trust Company
57 Germantown Court, 1st Floor
Cordova, TN 38018

CIT Technology
P. O. Box 27248
Tempe, AZ 85285

Discover
P. O. Box 30395
Salt Lake City, UT 84130

Ford Motor Credit
P. Lo. Box 17948
Greenville, SC 29606

City Of Columbus Tax Division
50 W. Gay Street
Columbus, OH 43215

Dynamex, Inc.
P. O. Box 99816
Pittsburgh, PA 15233

Franklin County Treasurer
373 S. High Street
Columbus, OH 43215

Columbia Gas
P. O. Box 9001847
Louisville, KY 40290

Elan Visa
P. O. Box 6354
Fargo, ND 58125

Gary Willett
8297 Rookery Way
Westerville, OH 43082

Compensation Consultants, Inc.
2751 Tuller Parkway Drive
P. O. Box 8101
Dublin, OH 43017

Electrical Industrial Repair
286 Pine Hill Lane
Avonmore, PA 15618

Gastrointestinal Health Associates
302 Randall Road, #308
Geneva, IL 60134

Core Product Solutions
P. O. Box 218
Lewis Center, OH 43035

Electronic Service Professionals
P. O. Box 243
Grove City, OH 43123

Gina Fortman
8571 Oak Creek Drive
Lewis Center, OH 43035

Countrywide Home Loans
450 American Street
Simi Valley, CA 93065

FCB Enterprises
P. O. Box 172
Hilliard, OH 43026

Gordon Flesch Co., Inc.
P. O. Box 73288
Cleveland, OH 44193

Courtney Services
2715 Tuller Parkway Drive
Dublin, OH 43017

Fedex
P. O. Box 371461
Pittsburgh, PA 15250

GPA, P.P.
4851 Payshere Circle
Chicago, IL 60674

Grandon Mfg.
530 Dow Avenue
Columbus, OH  43211

Jet Container
2050 South High Street
Columbus, OH  43207

Loupe TPC
C/O William Todd Drown
112 North Main Street
Mt. Vernon, OH  43050

Graphco
6563 Cochran Road
Solon, OH  44139

Kegler, Brown, Hill & Ritter
Capitol Square, Suite 1800
65 East State Street
Columbus, OH  43215

Lyon Financial Services, Inc.
C/O Jennifer J. Jacqueman
23 S. Main Street, Suite 301
Akron, OH  44308

Graphic Comm. Int.
C/O Michael P. Mahoney
10 W. Broad Street, 21st Floor
Columbus, OH  43215

Kennedy Ink
5230 Wooster Road
Cincinnati, OH  45226

Martin Carpet Cleaning Co.
795 South Wall Street
Columbus, OH  43206

Greatland Corporation
P. O. Box 1157
Grand Rapids, MI  48501

Kessler & Ballenger
7650 Rivers Edge Drive
Columbus, OH  43235

Mean Green Hand Srup
P. O. Box 4150
Dallas, TX  75208

Heidelberg Usa, Inc.
P. O. Box 845180
Dallas, TX  75284

Kevin E. Humphreys
The Brunner Firm Co. LPA
545 Town Street
Columbus, OH  43215

Millcraft Paper
7461 Worthington Galena Road
Columbus, OH  43085

Home Depot Credit Services
P. O. Box 689100
Des Moines, IA  50368

Key Equipment Finance
66 South Pearl Street
Albany, NY  12207

Murphy Company
455 W. Broad Street
Columbus, OH  43215

Huntington National Bank
C/O Means Blchimer Burkholder Bak
2006 Kenny Road
Columbus, OH  43221

Kinko's
P. O. Box 672085
Dallas, TX  75267

Nextel Communication
P. O. Box 4191
Carol Stream, IL  60197

Huntington National Bank
P. O. Box 2059
Columbus, OH  43216

Larry J. McClatchey
Kegler Brown Hill & Ritter
65 E. State Street, Suite 1800
Columbus, OH  43215

Nicoat
P. O. Box 128
Glenview, IL  60025

Huntington National Bank
C/O Dennis J. Morrison
2006 Kenny Road
Columbus, OH  43221

Laser Saver
1515-A Delashmut
Columbus, OH  43212

Nissi Fulfillment & Distribution
400 Gantz Road, Suite D
Grover City, OH  43123

Jeffrey D. Porter
Kegler Brown Hill& Ritter
65 E. State Street, Suite 1800
Columbus, OH  43215

Legworks
2126 New World Drive
Columbus, OH  43207

North End Press
235 South Columbus Street
Lancaster, OH  43130

Ohio Bureau Of Workers' Comp.
Law Section Bankruptcy Unit
P. O. Box 15567
Columbus, OH 43215

RIS Paper
635 West 7th Street
Suite 101
Cincinnati, OH 45203

Time Warner Cable
P. O. Box 741803
Cincinnati, OH 45274

Ohio Department Of Taxation
C/O Collections Enforcement
150 E. Broad Street, 21st Floor
Columbus, OH 43215

Saxon Mortgage Service
4708 Mercantile Drive North
Fort Worth, TX 76137

Unisource
7472 Collection Center Drive
Chicago, IL 60693

Ohio Laminating
4364 Reynolds Drive
Hilliard, OH 43026

Shreiner Company
One Taylor Drive
P. O. Box 437
Killbuck, OH 44637

Unisource Worldwide, Inc.
C/O Joseph F. Murphy
1533 Lake Shore Drive
Columbus, OH 43204

Overnite Transportation Co.
P. O. Box 79755
Baltimore, MD 21279

Snyder's Flowers
10540 Lithopolis Road
Canal Winchester, OH 43110

Unisource Worldwide, Inc.
C/O Michael H. Triason
150 West Jefferson, Suite 2500
Detroit, MI 48225

Packaging & Handling
P. O. Box 28227
Columbus, OH 43228

Staples
Dept. 82-0007030976
P. O. Box 9020
Des Moines, IA 50368

United Ultra Violet, Inc.
6159 Enterprise Parkway
Grove City, OH 43123

Pathology Consultants
P. O. Box 1048
Dept. 1000
St. Charles, IL 60174

Star Packaging, Inc.
4791 Roberts Road
Columbus, OH 43228

University Publications
8190-A Beechmont Avenue
Dept. 118
Cincinnati, OH 45255

Penske Truck Leasing
P. O. Box 827380
Philadelphia, PA 19182

Sterling Paper Company
P. O. Box 951877
Cincinnati, OH 44193

Unizan
C/O Dennis J. Morrison
2006 Kenny Road
Columbus, OH 43221

Printer's Parts Store, Inc.
4719 Cleveland Avenue
Suite A
Columbus, OH 43231

Suburban Propane
4371 Braodway
P. O. Box 369
Grover City, OH 43123

Update Ltd.
134 Peavey Circle
Chaska, MN 55318

Printer's Service - NJ
P. O. Box 5070
Ironbound Station
Newark, NJ 07105

Team Lubrication
P. O. Box 13189
Columbus, OH 43213

US Bancorp
1450 Channel Parkway
Marshall, MN 56258

Revenco Press Corporation
6 Lincoln Highway West
Jeannette, PA 15644

Terminix Processing Center
2120 Citygate Drive
Columbus, OH 43219

US Bank
C/O Client Services, Inc.
3451 Harry S. Truman Blvd.
St. Charles, MO 63301

**Valley Grinding**
**1717 Hamilton Court**
**P. O. Box 246**
**Little Chute, WI  54140**

**Zions First National Bank**
**C/O Jonathan A. Mason**
**5181 Natorp Blvd., Suite 202**
**Cincinnati, OH  45249**

**Value City Furniture**
**WFNNB Bankruptcy Department**
**P. O. Box 182125**
**Columbus, OH  43218**

**Vicki Willett**
**8297 Rookery Way**
**Westerville, OH  43082**

**Vorys Sater Seymour And Pease**
**P. O. Box 73487**
**Cleveland, OH  44193**

**Wasco**
**2876 Banwick Road**
**Columbus, OH  43232**

**Western State Env. Co.**
**P. O. Box 88984**
**Milwaukee, WI  53288**

**William Immel**
**68 Amazon Place**
**Columbus, OH  43214**

**William L. Stickney**
**D/B/A Labor Relations Consulting**
**7179 Hollandia Drive**
**Westerville, OH  43081**

**XPEDX**
**P. O. Box 371083**
**Pittsburgh, PA  15250**

**Yaeger Graphics**
**935 W. Third Avenue**
**Columbus, OH  43212**